VICTOR M. CHAVEZ, #113752
ATTORNEY AT LAW
P.O.BOX 5965
FRESNO,CALIFORNIA  93755
TELEPHONE; (559) 824-6293

Attorney for Petitioner
HARMANDER GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANDER GILL,<br><br>    Petitioner,<br><br>    vs.<br><br>CHRISTOPHER CHESTNUT,  ET AL.,<br><br>    Respondents. | Case No. 1:26-cv-00781-DC-EFB (HC)<br><br>UNOPPOSED REQUEST FOR EXTENSION OF TIME; DECLARATION OF COUNSEL; [PROPOSED] ORDER |

Petitioner, by and through counsel of record, requests an extension of time to March 11, 2026 to file any reply/traverse.  As set forth in the Declaration of Counsel below, the government is not opposed to this request.

Declaration of Victor M. CHAVEZ:

1.  I am a member of the bar of the Eastern District of California.

2.  I have accepted appointment in this matter as a member of the CJA panel.

3.  This is my first immigration habeas case and I need additional time to work on it, consult with my client, and other counsel.

4.  On February 25, 2026 I informed AUSA Charles Campbell of this request and he advised that the government does not oppose my request.

I hereby affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Gill v. Chestnut et al.*                                    Unopposed Request For Extension

This Declaration is executed on February 26.2026, at Fresno, California.

/s/ Victor M. Chavez
Attorney for Petitioner HARMANDER GILL_          __

Respectfully submitted,

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Attorney for Petitioner HARMANDER GILL

Dated: February 26,2026

//

//

//

//

VICTOR M. CHAVEZ # 113752
ATTORNEY AT LAW
P.O. Box 5965
FRESNO, CALIFORNIA  93755
TELEPHONE: (559) 824-6293

Attorney for Petitioner
HARMANDER GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANDER GILL<br><br>Petitioner,<br><br>vs.<br><br>CHRISTOPHER CHESTNUT ET AL.,<br><br>Respondents. | Case No. 1:26-cv-00781-DC-EFB  (HC)<br><br>[PROPOSED] ORDER |

Based upon the Declaration of Counsel the Court hereby orders that Petitioner shall file any reply/traverse by March 11, 2026

IT IS SO ORDERED.

Dated:  February 27, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE