UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANDER GILL, (A-206-468-361)<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:26-cv-00781-DC-EFB (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 13) |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 13.

On April 7, 2026, Respondents filed objections to the findings and recommendations "for the same reasons advanced in Respondents' earlier filing."  ECF No. 14 at 1.  However, Respondent's arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases.  *See Inderjit Singh v. Albarran*, No. 1:26-cv-00940-DC DMC (HC), 2026 WL 392169, at *6 (E.D. Cal. Feb. 12, 2026).  Further, even assuming Petitioner caused a sixteen-month delay by his own negligence, Petitioner has still been detained for

1

approximately nine months without a bond hearing.  Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 3, 2026 (ECF No. 13) are ADOPTED in full;

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.  Respondents shall provide Petitioner Harmander Gill (A-206-468-361) a bond hearing within fourteen (14) days of the date of this order, before an Immigration Judge, at which bond must be set unless Respondents demonstrate by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

3.  The Clerk of Court is directed to serve a copy of this order on the California City Detention Center; and

4.  The Clerk of Court is directed to enter judgment in petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

Dena Coggins
United States District Judge

2